McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738



**FILED**

MAR 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR.S-08-0070-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) EX PARTE APPLICATION FOR ISSUANCE OF NOTICE TO APPEAR; [PROPOSED] ORDER |
| TRENT MARK DAVIS, | ) |
| Defendant. | ) Mag. Judge: Hon. G.G. Hollows |

**APPLICATION**

Plaintiff United States of America, through its counsel of record, hereby requests the Court to issue a Notice to Defendant to Appear before the Duty Magistrate on April 2, 2008, and represents as follows:

1. Defendant was indicted on February 14, 2008.

2. Defendant was arrested and made an initial appearance in the Western District of Louisiana on March 3, 2008, represented by the Federal Public Defender for that District.  The Court in the Western District of Louisiana released defendant on bail and ordered him to contact

1

Pretrial Services in the EDCA no later than March 10, 2008. The Court did not order defendant to appear in this District.

3. According to Pretrial Services Supervisory Officer Sandra Hall, defendant has contacted her Office. She indicated that, if given a date certain upon which defendant must appear, her Office would contact him with that information.

4. In light of the above, the Court is requested to formally order defendant to appear on April 2, 2008 for arraignment and further proceedings in this District.

Respectfully submitted,

Dated: 13 March 2008

S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

### [PROPOSED] ORDER

Good cause having been shown, the Court orders as follows:

1. Defendant is ordered to appear before the Duty Magistrate of the Eastern District of California on April 2, 2008, at 1:30 p.m., for arraignment and further proceedings.

2. The Clerk of the Court shall prepare and serve a Notice to Appear which shall be served by mail upon defendant at the address noted on his Appearance and Compliance Bond from the Western District of Louisiana.

3. No later than March 17, 2008, Pretrial Services shall telephonically contact defendant and advise him of his obligation to appear on April 2, 2008, at 1:30 p.m.

4.  A copy of this Application and Order shall be served on the Pretrial Services Office as well as the Office of the Federal Public Defender for this District.

IT IS SO ORDERED.

Dated: March 13, 2008

GREGORY G. HOLLOWS
Magistrate Judge
United States District Court