```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070 MCE |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| TRENT MARK DAVIS, ) | |
| ) | Date:  May 1, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 1, 2008, calendar, that it was continued until May 22, 2008, at 9:00 a.m., and that time should be excluded between May 1, 2008, and May 22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to permit counsel to review
2  discovery, consult with Mr. Davis regarding alternative courses of
3  action, and to consider what investigation and/or motions might be
4  appropriate.

5  **IT IS SO STIPULATED**.

6

7  Dated: April 30, 2008        /s/ Robert Tice-Raskin
                                 ROBERT TICE-RASKIN
8                                Assistant United States Attorney
                                 Counsel for Plaintiff
9

10
    Dated: April 30, 2008        /s/ Jeffrey L. Staniels
11                               Jeffrey L. Staniels
                                 Assistant Federal Defender
12                               Counsel for Defendant
                                 TRENT MARK DAVIS
13

14                               **O R D E R**

15
    **IT IS SO ORDERED**.
16

17   Dated: May 1, 2008

18
                                 _____
19                               MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation & Order
Continuing Case and Excluding Time     2