DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 2:08-cr-00070 MCE |
| )   Plaintiff,                       ) | |
| )                                    ) | STIPULATION AND ORDER CONTINUING |
|       v.                             ) | CASE AND EXCLUDING TIME |
| )                                    ) | |
| TRENT MARK DAVIS,                    ) | Date:  May 22, 2008 |
|             Defendant.               ) | Time:  9:00 a.m. |
| )                                    ) | Judge: Hon. Morrison C. England, Jr. |
| _____      ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 22, 2008, calendar, that it be continued until July 3, 2008, at 9:00 a.m., and that time be excluded between May 22, 2008, and July 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1    This continuance is sought in order to permit counsel to review
2 discovery, consult with Mr. Davis regarding alternative courses of
3 action, and to consider what investigation and/or motions might be
4 appropriate.  Progress in this regard was not achieved during the last
5 continuance due to a protracted, recurrent illness contracted by
6 defense counsel.

7    **IT IS SO STIPULATED**.

9 Dated:  May 21, 2008                /s/ Robert Tice-Raskin
                                      ROBERT TICE-RASKIN
10                                    Assistant United States Attorney
                                      Counsel for Plaintiff

12
13 Dated:  May 21, 2008                /s/ Jeffrey L. Staniels
                                      Jeffrey L. Staniels
                                      Assistant Federal Defender
14                                    Counsel for Defendant
                                      TRENT MARK DAVIS

16                       **O R D E R**

17
18    **IT IS SO ORDERED**.

19  Dated: May 27, 2008

21                                    _____
                                      MORRISON C. ENGLAND, JR.
22                                    UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2