DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| TRENT MARK DAVIS, ) | |
| ) | Date:  July 3, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's July 3, 2008, calendar, that it be continued until August 7, 2008, at 9:00 a.m., and that time be excluded between July 3, 2008, and August 7, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to permit counsel to further
2  consult with Mr. Davis regarding alternative courses of action, and to
3  consider a resolution of the case under terms now being discussed
4  between counsel.

5  **IT IS SO STIPULATED.**

6

7  Dated:  July 2, 2008           /s/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN
8                                 Assistant United States Attorney
                                  Counsel for Plaintiff
9

10
11 Dated:  July 2, 2008           /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
12                                Counsel for Defendant
                                  TRENT MARK DAVIS
13

14                          **O R D E R**

15
    **IT IS SO ORDERED.**
16

17  Dated: July 22, 2008

18
                           _____
19                         MORRISON C. ENGLAND, JR.
                           UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation & Order
Continuing Case and Excluding Time     2