DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0070 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| TRENT MARK DAVIS, | |
| Defendant. | Date: August 7, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's August 7, 2008, calendar, that it be continued until, September 25, 2008, at 9:00 a.m., and that time be excluded between August 7, 2008, and September 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit counsel to further consult with Mr. Davis regarding alternative courses of action, and to consider a resolution of the case under terms now being discussed between counsel.

1  **IT IS SO STIPULATED.**

3  Dated:  August 6, 2008          /s/ Robert Tice-Raskin
                                   ROBERT TICE-RASKIN
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

6
7  Dated:  August 6, 2008          /s/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   TRENT MARK DAVIS

10                           **O R D E R**

11  **IT IS SO ORDERED.**

13  Dated:  August 7, 2008

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time         2