```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br> TRENT MARK DAVIS,           )<br>                             )<br>            Defendant.       )<br>_____) | No. 2:08-cr-00070 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  September 25, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's September 25, 2008, calendar, that it be continued until, October 16, 2008, at 9:00 a.m., and that time be excluded between September 25, 2008, and October 16, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought due to the unavailability of the court,

a period of unavailability of counsel, and the need for counsel to consult with Mr. Montes-Sotelo regarding alternative courses of action, and to consider a resolution of the case under terms recently presented by government counsel.

**IT IS SO STIPULATED**.

Dated: September 23, 2008   /s/ Robert Tice-Raskin
Robert Tice-Raskin
Assistant United States Attorney
Counsel for Plaintiff

Dated:  September 23, 2008   /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time     2