DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRENT MARK DAVIS,<br><br>　　　　　　Defendant. | No. 2:08-cr-00070-MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:　October 16, 2008<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 16, 2008, calendar, that it be continued until, November 20, 2008, at 9:00 a.m., and that time be excluded between October 16, 2008, and November 20, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

　　　This continuance is sought due to the unavailability of counsel between October 15, 2008 and October 22, 2008, scheduling conflicts for counsel thereafter, and the need for counsel to consult with Mr. Davis regarding alternative courses of action, and to consider a resolution of the case under terms recently

presented by government counsel.

**IT IS SO STIPULATED.**

Dated: October 14, 2008                                /s/ Robert Tice-Raskin
                                                       ROBERT TICE-RASKIN
                                                       Assistant United States Attorney
                                                       Counsel for Plaintiff

Dated:  October 14, 2008                               /s/ Jeffrey L. Staniels
                                                       Jeffrey L. Staniels
                                                       Assistant Federal Defender
                                                       Counsel for Defendant
                                                       TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time            2