| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | |
| 3 | JEFFREY L. STANIELS, Bar #91413<br>Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |

Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0070-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING CASE<br>) AND EXCLUDING TIME |
| TRENT MARK DAVIS, | ) |
| Defendant. | ) Date:  November 20, 2008<br>) Time:  9:00 a.m.<br>) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's November 20, 2008, calendar, that it be continued until January 29, 2009, at 9:00 a.m., and that time be excluded between November 20, 2008, and January 29, 2009 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further investigation and discovery of material information pertinent to terms of a potential resolution of the case currently being discussed by counsel.

///

**IT IS SO STIPULATED.**

Dated: November 17, 2008           /s/ Robert Tice-Raskin
                                   ROBERT TICE-RASKIN
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Dated:  November 17, 2008          /s/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated:  November 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE