```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  TRENT MARK DAVIS

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,      )  No. 2:08-cr-00070 MCE
                                   )
14                Plaintiff,       )
                                   )  STIPULATION AND ORDER CONTINUING
15       v.                        )  CASE AND EXCLUDING TIME
                                   )
16  TRENT MARK DAVIS,              )
                                   )  Date:  January 29, 2009
17                Defendant.       )  Time:  9:00 a.m.
                                   )  Judge: Hon. Morrison C. England, Jr.
18  _____  )

19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
22 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
23 above case be dropped from this court's January 29, 2009, calendar,
24 that it be continued until, February 19, 2009 at 9:00 a.m., and that
25 time be excluded between January 29, 2009, and February 19, 2009,
26 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
27      This continuance is sought by the defense without objection by the
28 government in order to permit further consultation with Mr. Davis

1 pertinent to terms of a potential resolution of the case still under
2 discussion between counsel.
3 **IT IS SO STIPULATED**.

Dated: January 27, 2009        /s/ Robert Tice-Raskin
                               ROBERT TICE-RASKIN
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: January 27, 2009        /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2