```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-070 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | |
| TRENT MARK DAVIS, | ) | |
| | ) | Date: February 19, 2009 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 19, 2009, calendar, that it be continued until, March 26, 2009 at 9:00 a.m., and that time be excluded between February 19, 2009, and March 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought by the defense without objection by the government in order to permit further consultation with government

counsel and with Mr. Davis pertinent to terms of a potential resolution of the case still under discussion.

**IT IS SO STIPULATED.**

Dated: February 18, 2009   /s/ Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: February 18, 2009   /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 20, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time     2