1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

   Attorney for Defendant
7  TRENT MARK DAVIS

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-cr-00070-MCE
                                     )
14                 Plaintiff,        )
                                     )  STIPULATION AND ORDER CONTINUING
15       v.                          )  CASE AND EXCLUDING TIME
                                     )
16  TRENT MARK DAVIS,                )
                                     )  Date:  March 26, 2009
17                 Defendant.        )  Time:  9:00 a.m.
                                     )  Judge: Hon. Morrison C. England, Jr.
18  _____)

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

23  above case be dropped from this court's March 26, 2009, calendar, that

24  it be continued until, April 30, 2009 at 9:00 a.m., and that time be

25  excluded between March 26, and April 30, 2009, pursuant to 18 U.S.C. §

26  3161(h)(8)(A) & (B)(iv). Local Code T-4.

27       This continuance is sought by the defense without objection by the

28  government in order to permit further consultation with government

1 counsel and with Mr. Davis pertinent to terms of a potential resolution

2 of the case still under discussion.

3     **IT IS SO STIPULATED**.

4

5 Dated: March 25, 2009    /s/ Robert Tice-Raskin

6     ROBERT TICE-RASKIN
    Assistant United States Attorney
    Counsel for Plaintiff

7

8 Dated: March 25, 2009    /s/ Jeffrey L. Staniels

9     Jeffrey L. Staniels
    Assistant Federal Defender

10     Counsel for Defendant
    TRENT MARK DAVIS

11

12     **O R D E R**

13

14     **IT IS SO ORDERED**.

15

16 Dated: March 26, 2009

17

18 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28