1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   TRENT MARK DAVIS

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,      )  No. 2:08-cr-00070 MCE
                                   )
14                 Plaintiff,      )
                                   )  STIPULATION AND ORDER CONTINUING
15       v.                        )  CASE AND EXCLUDING TIME
                                   )
16  TRENT MARK DAVIS,              )
                                   )  Date:  April 30, 2009
17                 Defendant.      )  Time:  9:00 a.m.
                                   )  Judge: Hon. Morrison C. England, Jr.
18  _____)

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

23  above case be dropped from this court's April 30, 2009, calendar, that

24  it be continued until, June 4, 2009 at 9:00 a.m., and that time be

25  excluded between April 30, 2009, and June 4, 2009, pursuant to 18

26  U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

27       This continuance is sought by the defense without objection by the

28  government in order to permit continued consultation between counsel

and with Mr. Davis pertinent to terms of a potential resolution of the case still under discussion.

**IT IS SO STIPULATED.**


Dated:  April 28, 2009          /s/ Robert Tice-Raskin
                                ROBERT TICE-RASKIN
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  April 28, 2009          /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**


Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE