```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| TRENT MARK DAVIS, ) | |
| ) | Date:  June 4, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's June 4, 2009, calendar, that it be continued until, July 16, 2009 at 9:00 a.m., and that time be excluded between June 4, 2009, and July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This continuance is needed due to the unavailability of defense counsel during part of the period since the last continuance, and to

permit completion of discussions between counsel concerning terms of an anticipated plea agreement.

**IT IS SO STIPULATED**.

Dated: June 3, 2009         /s/ Robert Tice-Raskin
                            ROBERT TICE-RASKIN
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: June 3, 2009         /s/ Jeffrey L. Staniels
                            Jeffrey L. Staniels
                            Assistant Federal Defender
                            Counsel for Defendant
                            TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2