```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00070 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | |
| TRENT MARK DAVIS, | ) | |
| | ) | Date: August 20, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's July 16, 2009, calendar, that it be continued until, August 20, 2009 at 9:00 a.m., and that time be excluded between July 16, 2009, and August 20, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

This continuance is needed to allow further defense preparation and additional time for the parties to consult about a possible resolution to the case.

**IT IS SO STIPULATED.**

Dated:  July 15, 2009              /s/ Robert Tice-Raskin
                                   ROBERT TICE-RASKIN
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Dated:  July 15, 2009              /s/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2