```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  TRENT MARK DAVIS

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,     )  No. 2:08-cr-00070 MCE
                                  )
14               Plaintiff,       )
                                  )  STIPULATION AND ORDER CONTINUING
15       v.                       )  CASE AND EXCLUDING TIME
                                  )
16  TRENT MARK DAVIS,             )
                                  )  Date:  August 20, 2009
17               Defendant.       )  Time:  9:00 a.m.
                                  )  Judge: Hon. Morrison C. England, Jr.
18  _____ )

19
```

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

23  above case be vacated from this court's August 20, 2009, calendar, that

24  it be continued until October 1, 2009 at 9:00 a.m., and that time be

25  excluded between August 20, 2009, and October 1, 2009, pursuant to 18

26  U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

27  ///

28  ///

1   This continuance is needed to allow further defense preparation
2 and additional time for the parties to complete consultations about a
3 possible resolution to the case.
4   **IT IS SO STIPULATED.**
5
6 Dated:  August 19, 2009         /s/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN
7                                 Assistant United States Attorney
                                  Counsel for Plaintiff
8
9
10 Dated:  August 19, 2009        /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
11                                Counsel for Defendant
                                  TRENT MARK DAVIS
12
13                          **O R D E R**
14
15   **IT IS SO ORDERED.**
16
17  Dated: August 20, 2009
18
                                  _____
19                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time      2