1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6

    Attorney for Defendant
7   TRENT MARK DAVIS

8

9
                        IN THE UNITED STATES DISTRICT COURT
10
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-cr-070 MCE
                                      )
14                  Plaintiff,        )
                                      )  STIPULATION AND ORDER CONTINUING
15       v.                           )  CASE AND EXCLUDING TIME
                                      )
16  TRENT MARK DAVIS,                 )
                                      )  Date:  October 1, 2009
17                  Defendant.        )  Time:  9:00 a.m.
                                      )  Judge: Hon. Morrison C. England, Jr.
18  _____ )

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

23  above case be vacated from this court's October 1, 2009, calendar, that

24  it be continued until November 19, 2009 at 9:00 a.m., and that time be

25  excluded between October 1, 2009, and November 19, 2009, pursuant to 18

26  U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

27  ///

28  ///

1    This continuance is needed to allow further defense preparation

2 and additional time for the parties to complete consultations about a

3 possible resolution to the case.  Counsel have conferred since the last

4 continuance and are actively seeking to resolve certain facts pertinent

5 to sentencing issues as part of negotiations to a resolution.

6    **IT IS SO STIPULATED.**

7

8 Dated:  September 25, 2009      /s/ Robert Tice-Raskin
                                 ROBERT TICE-RASKIN
9                                 Assistant United States Attorney
                                 Counsel for Plaintiff
10

11
Dated:  September 25, 2009      /s/ Jeffrey L. Staniels
12                                Jeffrey L. Staniels
                                 Assistant Federal Defender
13                                Counsel for Defendant
                                 TRENT MARK DAVIS
14

15                        **O R D E R**

16
     **IT IS SO ORDERED.**
17

18
 Dated: September 29, 2009
19

20
                                 _____
21                                MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation & Order
Continuing Case and Excluding Time      2