```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  TRENT MARK DAVIS

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,      )  No. 2:08-cr-00070 MCE
                                  )
14                Plaintiff,      )
                                  )  STIPULATION AND ORDER CONTINUING
15     v.                         )  CASE AND EXCLUDING TIME
                                  )
16 TRENT MARK DAVIS,              )
                                  )  Date:  November 19, 2009
17                Defendant.      )  Time:  9:00 a.m.
                                  )  Judge: Hon. Morrison C. England, Jr.
18 _____)

19

20     IT IS HEREBY STIPULATED by and between Assistant United States
21 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
22 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
23 above case be vacated from this court's November 19, 2009, calendar,
24 that it be continued until January 7, 2010 at 9:00 a.m., and that time
25 be excluded between November 19, 2009, and January 7, 2010, pursuant to
26 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.
27 ///
28 ///
```

1  This continuance is needed to allow additional time for the
2  parties to complete consultations about a resolution to the case.
3  Counsel have conferred since the last continuance and close to
4  resolving certain facts pertinent to sentencing issues as part of
5  negotiations to a resolution.

6  **IT IS SO STIPULATED.**

8  Dated:  November 18, 2009        /s/ Robert Tice-Raskin
                                     ROBERT TICE-RASKIN
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff

11
12  Dated:  November 18, 2009         /s/ Jeffrey L. Staniels
                                     Jeffrey L. Staniels
                                     Assistant Federal Defender
13                                   Counsel for Defendant
                                     TRENT MARK DAVIS

15                          **O R D E R**

17  **IT IS SO ORDERED.**

18  Dated: November 18, 2009

                                     _____
20                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2