```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>TRENT MARK DAVIS,                 )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____ ) | No. 2:08-cr-00070 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  January 7, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's January 7, 2010, calendar, that it be continued until February 4, 2010, at 9:00 a.m., and that time be excluded between January 7, 2010, and February 4, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

///

///

This continuance is needed to allow the parties to complete consultations about a pending plea offer intended to resolve the case. Government counsel has provided a written proposed plea agreement which has been forwarded to Mr. Davis, and about which defense counsel and he need to consult.

**IT IS SO STIPULATED.**

Dated:  January 5, 2010           /s/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:  January 5, 2010           /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2