DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v.  ) | CASE AND EXCLUDING TIME |
| ) | |
| TRENT MARK DAVIS, ) | |
| ) | Date:  February 4, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's February 4, 2010, calendar, that it be continued until February 25, 2010, at 9:00 a.m. for change of plea proceedings, and that time be excluded between February 4, 2010, and February 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This continuance is needed to permit Mr. Davis to obtain an affordable ticket to fly from New Orleans to Sacramento for court.  Mr.

1 Davis reports to counsel that as of this writing Mardi Gras and Super
2 Bowl week have caused ticket prices to rise beyond his means.  Mr.
3 Davis has orally accepted the terms of a written proposed plea
4 agreement tendered by the government.

**IT IS SO STIPULATED**.

Dated:  February 3, 2010          /s/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:  February 3, 2010           /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED**.

Dated: February 3, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE