1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

   Attorney for Defendant
7  TRENT MARK DAVIS

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )  No. 2:08-cr-070 MCE
12                                   )
                   Plaintiff,        )
13                                   )  STIPULATION AND ORDER CONTINUING
        v.                           )  CASE AND EXCLUDING TIME
14                                   )
   TRENT MARK DAVIS,                 )
15                                   )  Date:  February 25, 2010
                   Defendant.        )  Time:  9:00 a.m.
16                                   )  Judge: Hon. Morrison C. England, Jr.
                                     )
17 _____

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
20
   Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
21
   above case be vacated from this court's February 25, 2010, calendar,
22
   that it be continued until March 11, 2010, at 9:00 a.m. for change of
23
   plea proceedings, and that time be excluded between February 25, 2010,
24
   and March 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
25
   Local Code T-4.
26
        This continuance is needed to permit Mr. Davis to obtain an
27
   affordable ticket to fly from New Orleans to Sacramento for court.  Mr.
28

1  Davis reports to counsel that a mix-up occurred on a reservation he

2  thought he had arranged, but when he sought to obtain the ticket, he

3  was advised the reservation had been recorded for a date and time that

4  had already passed.

5      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

6  Trial Act be excluded from the filing of this stipulation through March

7  11, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv), Local code T-4.

8      **IT IS SO STIPULATED.**

9

10  Dated:  February 23, 2010        /s/ Robert Tice-Raskin
                                    ROBERT TICE-RASKIN
11                                  Assistant United States Attorney
                                    Counsel for Plaintiff
12

13
    Dated:  February 23, 2010        /s/ Jeffrey L. Staniels
14                                  Jeffrey L. Staniels
                                    Assistant Federal Defender
15                                  Counsel for Defendant
                                    TRENT MARK DAVIS
16

17                          **O R D E R**

18
        **IT IS SO ORDERED.**
19

20
     Dated: February 24, 2010
21

22

23                          _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

2