DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE. |
| ) | |
| TRENT MARK DAVIS, ) | |
| ) | Date: June 24, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's June 24, 2010, calendar, that it be continued until August 26, 2010, at 9:00 a.m. for judgment and sentencing proceedings.  Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

///

///

///

1    This continuance is needed to complete submissions to the
2 Probation Office which were not completed due to a miscommunication
3 regarding sentencing related financial information which Mr. Davis sent
4 to counsel but which counsel apparently misplaced and did not forward
5 to Probation. This continuance will also permit Mr. Davis to obtain an
6 affordable ticket to fly from New Orleans to Sacramento for court.
7    **IT IS SO STIPULATED**.

Dated:  June 15, 2010          /s/ Robert Tice-Raskin
                               ROBERT TICE-RASKIN
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated:  June 15, 2010          /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               TRENT MARK DAVIS

                           **O R D E R**

   **IT IS SO ORDERED**.

 Dated: June 22, 2010

                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2