```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE. |
| ) | |
| TRENT MARK DAVIS, ) | |
| ) | Date: August 26, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's August 26, 2010, calendar, that it be continued until October 14, 2010, at 9:00 a.m. for judgment and sentencing proceedings.  Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

   This continuance is needed in order to permit Mr. Davis to obtain an airline ticket at a price he can afford.

///

Arrangements were not timely made in anticipation of the August 26, 2010 due to a miscommunication between undersigned defense counsel and Mr. Davis at the time of a recent updated submission of supplemental financial information to the probation office.

**IT IS SO STIPULATED.**

Dated:  August 24, 2010     /s/ Robert Tice-Raskin
                            ROBERT TICE-RASKIN
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated:  August 24, 2010     /s/ Jeffrey L. Staniels
                            Jeffrey L. Staniels
                            Assistant Federal Defender
                            Counsel for Defendant
                            TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2