DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00070 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE. |
| | ) | |
| TRENT MARK DAVIS, | ) | |
| | ) | Date:  December 2, 2010 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's December 2, 2010, calendar, that it be continued until January 27, 2011, at 9:00 a.m. for judgment and sentencing proceedings.  Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

///

///

///

1  This continuance is needed in order to permit further inquiry by
2  defense counsel into concerns expressed by Mr. Davis in the last court
3  appearance with regard to guideline factors, particularly the number of
4  victims, and to allow detailed consultation between Mr. Davis and
5  counsel in light of the results of that inquiry.
6  **IT IS SO STIPULATED.**

8  Dated:  November 23, 2010        /s/ Robert Tice-Raskin
                                    ROBERT TICE-RASKIN
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff

12 Dated:  November 23, 2010        /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
13                                  Counsel for Defendant
                                    TRENT MARK DAVIS

15              **O R D E R**

17     **IT IS SO ORDERED.**

18  Dated: November 30, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                     2