```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>            Plaintiff, )<br>    )<br>    v.    )<br>    )<br>TRENT MARK DAVIS,    )<br>    )<br>            Defendant. )<br>_____ ) | No. 2:08-cr-00070 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE PRESENTENCE REPORT.<br><br>Date:  January 27, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's January 27, 2010, calendar, that it be continued until March 17, 2011, at 9:00 a.m. for judgment and sentencing proceedings.  Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

///

///

///

1   This continuance is needed in order to complete inquiry by defense
2 counsel with regard to any contested guideline factors, particularly
3 the number of victims, and to present objections according to the
4 customary schedule for objections, oppositions, and consideration by
5 the court.
6   The proposed schedule for objections is:
7 Objection to the PSR (by either side)               February 17, 2011
8 Opposition to Objections                                March 3, 2011
9 Optional Reply                                         March 10, 2011
10 Hearing on Objections and Sentencing                  March 17, 2011
11   **IT IS SO STIPULATED**.
12 Dated:  January 20, 2011        /s/ Robert Tice-Raskin
                                   ROBERT TICE-RASKIN
13                                 Assistant United States Attorney
                                   Counsel for Plaintiff
14
   Dated:  January 20, 2011        /s/ Jeffrey L. Staniels
15                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
16                                 Counsel for Defendant
                                   TRENT MARK DAVIS
17
18                              **O R D E R**
19
     **IT IS SO ORDERED.**
20
21
    Dated: January 31, 2011
22
23                              _____
                                MORRISON C. ENGLAND, JR.
24                              UNITED STATES DISTRICT JUDGE
25
26
27
28

Stipulation & Order
Continuing Case                      2