```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00070-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE PRESENTENCE REPORT. |
| TRENT MARK DAVIS, | |
| Defendant. | Date: March 17, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 17, 2010, calendar, that it be continued until May 12, 2011, at 9:00 a.m. for judgment and sentencing proceedings, and that the proposed schedule for objections be adopted as set forth within.  Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

   This continuance is needed in order to review further discovery which the government learned existed only in the last few days and which it expects to have in hand very shortly.

1 Review of that material is needed in order to complete inquiry with
2 regard to contested guideline factors, particularly the number of
3 victims, and to present objections according to the customary schedule
4 for objections, oppositions, and consideration by the court.
5     The proposed schedule for objections, in light of this development
6 is:
7 Objection to the PSR (by either side)                April 21, 2011
8 Opposition to Objections                             April 28, 2011
9 Optional Reply                                       May 5, 2011
10 Hearing on Objections and Sentencing                May 12, 2011
11     **IT IS SO STIPULATED**.
12 Dated:  March 10, 2011          /s/ Robert Tice-Raskin
                                   ROBERT TICE-RASKIN
13                                 Assistant United States Attorney
                                   Counsel for Plaintiff
14
   Dated:  March 10, 2011          /s/ Jeffrey L. Staniels
15                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
16                                 Counsel for Defendant
                                   TRENT MARK DAVIS
17

18                              **O R D E R**
19
        **IT IS SO ORDERED**.
20
21   Dated: March 18, 2011
22
23                              _____
                                MORRISON C. ENGLAND, JR.
24                              UNITED STATES DISTRICT JUDGE
25
26
27
28

Stipulation & Order
Continuing Case                    2