```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. 2:08-cr-070 MCE |
|---|---|---|---|
| 12 | Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING |
| 13 | v. | ) ) | CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE PRESENTENCE |
| 14 | TRENT MARK DAVIS, | ) ) | REPORT. |
| 15 | Defendant. | ) ) | Date:  May 12, 2011 Time:  9:00 a.m. |
| 16 | _____ | ) | Judge: Hon. Morrison C. England, Jr. |

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
20 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
21 above case be vacated from this court's May 12, 2010, calendar, that it
22 be continued until June 23, 2011, at 9:00 a.m. for judgment and
23 sentencing proceedings, and that the proposed schedule for objections
24 be adopted as set forth within.  Since Mr. Davis previously pled guilty
25 time exclusions under the Speedy Trial Act are not needed.
26      This continuance is needed in order to complete review and
27 analysis of recent sentencing-specific discovery.
28 ///

Review of that material is needed in order to complete inquiry with regard to contested guideline factors, particularly the number of victims, and to present objections according to the customary schedule for objections, oppositions, and consideration by the court.

The proposed schedule for objections, in light of this development is:

| | |
|---|---|
| Objection to the PSR (by either side) | June 2, 2011 |
| Opposition to Objections | June 9, 2011 |
| Optional Reply | June 16, 2011 |
| Hearing on Objections and Sentencing | June 23, 2011 |

**IT IS SO STIPULATED.**

Dated: May 10, 2011          /s/ Robert Tice-Raskin
                             ROBERT TICE-RASKIN
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: May 10, 2011          /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 16, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2