```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. 2:08-cr-00070 MCE
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER CONTINUING
13       v.                        )  CASE, AND ESTABLISHING NEW SCHEDULE
                                   )  FOR ANY OBJECTIONS TO THE PRESENTENCE
14  TRENT MARK DAVIS,              )  REPORT.
                                   )
15              Defendant.         )  Date:  June 23, 2011
                                   )  Time:  9:00 a.m.
16  _____)  Judge: Hon. Morrison C. England, Jr.

17
```

18      **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
20 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
21 above case be vacated from this court's June 23, 2010, calendar, that
22 it be continued until July 28, 2011, at 9:00 a.m. for judgment and
23 sentencing proceedings, and that the proposed schedule for objections
24 be adopted as set forth within.  Since Mr. Davis previously pled guilty
25 time exclusions under the Speedy Trial Act are not needed.
26      This continuance is needed in order to continue and complete
27 review and analysis of recent sentencing-specific discovery.
28 ///

Review of that material is needed in order to complete inquiry with regard to contested guideline factors, particularly the number of victims, and to present objections according to the customary schedule for objections, oppositions, and consideration by the court.

The proposed schedule for objections, in light of this development is:

| | |
|---|---|
| Objection to the PSR (by either side) | July 7, 2011 |
| Opposition to Objections | July 14, 2011 |
| Optional Reply | July 21, 2011 |
| Hearing on Objections and Sentencing | July 28, 2011 |

**IT IS SO STIPULATED.**

Dated:  June 10, 2011          /s/ Robert Tice-Raskin
                               ROBERT TICE-RASKIN
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated:  June 10, 2011          /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2