```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. 2:08-cr-00070 MCE
                                 )
12           Plaintiff,          )
                                 )  CORRECTED STIPULATION AND ORDER
13      v.                       )  CONTINUING CASE, AND ESTABLISHING NEW
                                 )  SCHEDULE FOR ANY OBJECTIONS TO THE
14  TRENT MARK DAVIS,            )  PRESENTENCE REPORT.
                                 )
15           Defendant.          )  Date:  July 28, 2011
                                 )  Time:  9:00 a.m.
16  _____ )  Judge: Hon. Morrison C. England, Jr.
```

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Laurel White, acting for Robert Tice-Raskin, counsel for

19  Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel

20  for Defendant that the above case be vacated from this court's July 28,

21  2010, calendar, that it be continued until September 29, 2011, at 9:00

22  a.m. for judgment and sentencing proceedings, and that the proposed

23  schedule for objections be adopted as set forth within.  Since Mr.

24  Davis previously pled guilty time exclusions under the Speedy Trial Act

25  are not needed.

26       This continuance is needed in order to complete review and

27  analysis of recent sentencing-specific discovery relevant to contested

28  guideline factors, particularly the number of victims, and to present

1 objections according to the customary schedule for objections,
2 oppositions, and consideration by the court.
3     The proposed schedule for objections, in light of this development
4 is:
5 Objection to the PSR (by either side)    September 8, 2011
6 Opposition to Objections    September 15, 2011
7 Optional Reply    September 22, 2011
8 Hearing on Objections and Sentencing    September 29, 2011

**IT IS SO STIPULATED.**

Dated: July 25, 2011    /s/ *Laurel White* for Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: July 25, 2011    /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case    2