1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   TRENT MARK DAVIS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. 2:08-cr-070 MCE
                                   )
12           Plaintiff,            )
                                   )  **CORRECTED** STIPULATION AND ORDER
13     v.                          )  CONTINUING CASE, AND ESTABLISHING NEW
                                   )  SCHEDULE FOR ANY OBJECTIONS TO THE
14 TRENT MARK DAVIS,               )  PRESENTENCE REPORT.
                                   )
15           Defendant.            )  Date:  September 29, 2011
                                   )  Time:  9:00 a.m.
16 _____ )  Judge: Hon. Morrison C. England, Jr.

17     **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

19 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

20 above case be vacated from this court's September 29, 2010, calendar,

21 that it be continued until October 27, 2011, at 9:00 a.m. for judgment

22 and sentencing proceedings.  Since Mr. Davis previously pled guilty

23 time exclusions under the Speedy Trial Act are not needed.

24     The court is advised that counsel for the parties have reached an

25 agreed upon resolution of a pending sentencing factor, and the

26 substance of that agreement has been communicated to the Probation

27 Officer in the form of an informal objection letter.  It is anticipated

28 that Probation will concur with counsel's resolution.

1  The date requested allows time for consideration of this issue by
2  Probation and for any alterations to the Presentence Report that
3  result.  It also permits Mr. Davis to arrange for a convenient flight
4  from Louisiana to Sacramento at a relatively more economical cost.
5  The previously established proposed schedule for any additional
6  objections to the PSR is, in light of this development:
7  Objections to the PSR (by either side)                October 6, 2011
8  Opposition to Objections                              October 13, 2011
9  Optional Reply                                        October 20, 2011
10 Hearing on Objections and Sentencing                  October 27, 2011

**IT IS SO STIPULATED.**

Dated: September 23, 2011    /s/ *Robert Tice-Raskin*
                             ROBERT TICE-RASKIN
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated: September 23, 2011    /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             TRENT MARK DAVIS


**O R D E R**


**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                      2