```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. 2:08-cr-070 MCE |
|----|---|---|---|
| 12 | Plaintiff, | ) ) | |
| 13 | v. | ) ) ) | **CORRECTED** STIPULATION AND ORDER CONTINUING CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE |
| 14 | TRENT MARK DAVIS, | ) ) | PRESENTENCE REPORT. |
| 15 | Defendant. | ) ) | Date:  October 27, 2011 Time:  9:00 a.m. |
| 16 | _____ | ) | Judge: Hon. Morrison C. England, Jr. |

17      **IT IS HEREBY STIPULATED** by and between Assistant United States
18 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
19 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
20 above case be vacated from this court's October 27, 2011, calendar,
21 that it be continued until December 8, 2011, at 9:00 a.m. for judgment
22 and sentencing proceedings.  Since Mr. Davis previously pled guilty
23 time exclusions under the Speedy Trial Act are not needed.
24      The court is advised that informal objections to the Presentence
25 Report have been resolved.  The date requested allows time for
26 submission of any additional sentencing memoranda.  It also permits Mr.
27 Davis to arrange for a convenient flight from Louisiana to Sacramento
28 at a relatively more economical cost.

1    The previously established proposed schedule for any additional
2 submissions is, in light of this development:
3 Sentencing Memoranda (by either side)                November 17, 2011
4 Oppositions to Sentencing Memoranda                   December 1, 2011
5 Sentencing Proceedings                                December 8, 2011
6
7    **IT IS SO STIPULATED**.
8
9 Dated: October 21, 2011         /s/ *Robert Tice-Raskin*
                                 ROBERT TICE-RASKIN
10                               Assistant United States Attorney
                                 Counsel for Plaintiff
11
12
13 Dated: October 21, 2011         /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
14                               Counsel for Defendant
                                 TRENT MARK DAVIS
15
16
                                 **O R D E R**
17
18
19   **IT IS SO ORDERED**.
20  Dated: October 27, 2011
21
22                               _____
                                 MORRISON C. ENGLAND, JR.
23                               UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Stipulation & Order
Continuing Case                      2