```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. 2:08-cr-00070 MCE |
| 12 | Plaintiff, ) | |
| 13 | v. ) | **CORRECTED** STIPULATION AND ORDER CONTINUING CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE |
| 14 | TRENT MARK DAVIS, ) | PRESENTENCE REPORT. |
| 15 | Defendant. ) | Date:  December 8, 2011 Time:  9:00 a.m. |
| 16 | _____ ) | Judge: Hon. Morrison C. England, Jr. |

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

19 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

20 above case be vacated from this court's December 8, 2011, calendar,

21 that it be continued until February 2, 2012, at 9:00 a.m. for judgment

22 and sentencing proceedings.  Since Mr. Davis previously pled guilty

23 time exclusions under the Speedy Trial Act are not needed.

24      The court is advised that informal objections to the Presentence

25 Report have been resolved.

26 ///

27 ///

28 ///

1  The date requested accounts for Mr. Staniels' unavailability on
2  December 8, 2011, due to a family medical situation; allows time for
3  submission of additional sentencing memoranda; and permits Mr. Davis to
4  arrange for a convenient flight from Louisiana to Sacramento at a
5  relatively more economical cost.
6      The previously established proposed schedule for any additional
7  submissions is, in light of this development:
8  Sentencing Memoranda (by either side)                January 19, 2012
9  Oppositions to Sentencing Memoranda                  January 26, 2012
10 Sentencing Proceedings                               February 2, 2012
11     **IT IS SO STIPULATED.**
12 Dated: December 2, 2011         /s/ *Robert Tice-Raskin*
                                   ROBERT TICE-RASKIN
13                                 Assistant United States Attorney
                                   Counsel for Plaintiff
14
   Dated: December 2, 2011          /s/ Jeffrey L. Staniels
15                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
16                                 Counsel for Defendant
                                   TRENT MARK DAVIS
17
18     **IT IS SO ORDERED.**
19
20  Dated: December 6, 2011

                                   _____
22                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2