1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   TRENT MARK DAVIS
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:08-cr-00070 MCE
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER CONTINUING
13    v.                         ) JUDGMENT AND SENTENCING AND
                                 ) ESTABLISHING NEW SCHEDULE FOR ANY
14 TRENT MARK DAVIS,             ) OBJECTIONS TO THE PRESENTENCE REPORT.
                                 )
15            Defendant.         ) Date:  March 2, 2012
                                 ) Time:  9:00 a.m.
16 _____) Judge: Hon. Morrison C. England, Jr.

17     **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

19 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

20 above case be vacated from this court's March 2, 2012, calendar, that

21 it be continued until March 15, 2012, at 9:00 a.m. for judgment and

22 sentencing proceedings.  Since Mr. Davis previously pled guilty time

23 exclusions under the Speedy Trial Act are not needed.

24     The court is advised that an additional issue which had arisen has

25 been resolved following informal oral discussions, and has been

26 submitted to the Probation Office.

27 ///

28 ///

1  After consultation between the parties and with the Probation Officer,
2  all have agreed that March 15, 2012, is a suitable date which allows
3  for submission of revisions to the Presentence Report and which permits
4  Mr. Davis to arrange for a convenient flight from Louisiana to
5  Sacramento at a relatively more economical cost.

**IT IS SO STIPULATED.**

Dated: February 23, 2012            /s/ *Robert Tice-Raskin*
                                    ROBERT TICE-RASKIN
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated: February 23, 2012            /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                     2