DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00070 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE. |
| TRENT MARK DAVIS, | Date: March 15, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 15, 2012, calendar, and that it be continued until April 26, 2012, at 9:00 a.m. for judgment and sentencing proceedings.  Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

The court is advised that an additional issue which had arisen has been resolved following informal oral discussions, and has now been incorporated into the Presentence Report by the Probation Office.

///

///

After consultation between the parties and with the Probation Officer, all have agreed that April 26, 2012, is a suitable date which allows for submission any Sentencing Recommendations and which permits Mr. Davis to arrange for a convenient flight from Louisiana to Sacramento at a relatively more economical cost.

**IT IS SO STIPULATED.**

Dated: March 13, 2012        /s/ *Robert Tice-Raskin*
                             ROBERT TICE-RASKIN
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: March 13, 2012        /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                 2