```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00070 MCE |
|---|---|---|---|
| 12 | Plaintiff, | ) | **Amended** |
|  |  | ) | STIPULATION AND ORDER CONTINUING |
| 13 | v. | ) | CASE |
|  |  | ) |  |
| 14 | TRENT MARK DAVIS, | ) | Date:  April 26, 2012 |
|  |  | ) | Time:  9:00 a.m. |
| 15 | Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
|  |  | ) |  |
| 16 | _____ | ) |  |

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant

19 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

20 above case be vacated from this court's April 26, 2012 calendar, and

21 that it be continued until July 19, 2012, at 9:00 a.m. for judgment and

22 sentencing proceedings.  Since Mr. Davis previously pled guilty time

23 exclusions under the Speedy Trial Act are not needed.

24      The court is advised that an additional issue which had arisen has

25 been resolved following informal oral discussions, and has now been

26 incorporated into the Presentence Report by the Probation Office.

27 Additionally, defendant was injured and is currently needing time for

28 therapy and recovery.

1  After consultation between the parties and with the Probation Officer,
2  all have agreed that July 19, 2012, is a suitable date which allows for
3  submission any Sentencing Recommendations and which permits Mr. Davis
4  to arrange for a convenient flight from Louisiana to Sacramento at a
5  relatively more economical cost.

6  **IT IS SO STIPULATED.**

8  Dated: April 16, 2012            /s/ *Robert Tice-Raskin*
                                    ROBERT TICE-RASKIN
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff

11
12  Dated: April 16, 2012            /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
13                                  Counsel for Defendant
                                    TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2