```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-070 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE |
| v. ) | |
| ) | Date:  August 30, 2012 |
| TRENT MARK DAVIS, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's August 30, 2012 calendar, and that it be continued until September 27, 2012, at 9:00 a.m. for judgment and sentencing proceedings.  Since Mr. Davis previously pled guilty, time exclusions under the Speedy Trial Act are not needed.

The court was previously advised that an outstanding issue had arisen and had been resolved following informal oral discussions, and had been incorporated into the Presentence Report by the Probation Office.

1  Certain corresponding changes related to that issue that had been
2  overlooked during the preparation of a modified Presentence have now
3  been resolved between counsel and submitted to the Probation Officer.
4  One further continuance is sought in order to permit her to incorporate
5  those agreed upon changes into the Presentence Report.  The parties
6  have all agreed that September 27, 2012, is a suitable date which
7  allows for submission of any Sentencing Recommendations and which
8  permits Mr. Davis to arrange for a convenient flight from Louisiana to
9  Sacramento at a relatively more economical cost.
10     **IT IS SO STIPULATED.**

12  Dated: August 27, 2012            /s/ *Robert Tice-Raskin*
                                      ROBERT TICE-RASKIN
13                                    Assistant United States Attorney
                                      Counsel for Plaintiff

15
    Dated: August 27, 2012            /s/ Jeffrey L. Staniels
16                                    Jeffrey L. Staniels
                                      Assistant Federal Defender
17                                    Counsel for Defendant
                                      TRENT MARK DAVIS
18

19
                              **O R D E R**
20

21      Pursuant to the parties' stipulation as set forth above, judgment
22  and sentencing in this matter is continued from August 30, 2012 until
23  September 27, 2012, at 9:00 a.m.

24
     Dated: August 30, 2012
25

26                                    _____
                                      MORRISON C. ENGLAND, JR.
27                                    UNITED STATES DISTRICT JUDGE

28

Stipulation & Order
Continuing Case                     2