1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TRENT MARK DAVIS

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  No. 2:08-cr-00070 MCE
11                                )
                      Plaintiff,  )  STIPULATION AND ORDER CONTINUING
12                                )  CASE
         v.                       )
13                                )
   TRENT MARK DAVIS,              )
14                                )  Date:  December 6, 2012
                      Defendant.  )  Time:  9:00 a.m.
15                                )  Judge: Hon. Morrison C. England, Jr.
   _____)
16
        **IT IS HEREBY STIPULATED** by and between Assistant United States
17
   Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant
18
   Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
19
   above case be dropped from this court's December 6, 2012 calendar, and
20
   that it be continued until January 31, 2013, at 9:00 a.m. for status of
21
   judgment and sentencing proceedings.  Since Mr. Davis previously pled
22
   guilty, time exclusions under the Speedy Trial Act are not needed.
23
        The court is advised that Jan Karowsky, Esq. has accepted a CJA
24
   appointment to consult with Mr. Davis about issues recently identified
25
   in correspondence with the court.  Mr. Karowsky advises that he has
26
   spoken by telephone with Mr. Davis.  Mr. Karowsky also advises that Mr.
27
   Davis has expressed agreement that Mr. Karowsky substitute into the
28

1    case in place of present counsel.  A separate proposed substitution

2    will be circulated promptly and submitted to the court for its

3    consideration.  Undersigned counsel advises that additional information

4    which Mr. Karowsky has requested from discovery and the court file

5    should be should be delivered to Mr. Karowsky today.

6        **IT IS SO STIPULATED.**

7

8    Dated: November 29, 2012        /s/ *Robert Tice-Raskin*
                                     ROBERT TICE-RASKIN
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff
10

11

12   Dated: November 29, 2012        /s/ Jeffrey L. Staniels
                                     Jeffrey L. Staniels
13                                   Assistant Federal Defender
                                     Counsel for Defendant
14                                   TRENT MARK DAVIS

15                          **O R D E R**

16

17

18       **IT IS SO ORDERED.**  The judgment and sentencing hearing currently

19   set for December 6, 2012, is continued until January 31, 2013, at 9:00

20   a.m.

21

22    Dated: December 5, 2012

23

24                                   _____
                                     MORRISON C. ENGLAND, JR.
25                                   UNITED STATES DISTRICT JUDGE

26

27

28