**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Trent Davis

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      vs.<br><br>Trent Davis,<br><br>              Defendant | Case No.: Cr.S-08-70-MCE<br><br>**FINDINGS AND ORDER**<br><br>DATE:   March 14, 2013<br>TIME:    9:00 a.m.<br>CHIEF JUDGE:<br>Hon. MORRISON C. ENGLAND, JR. |

**O R D E R**

Pursuant to the Stipulation filed in this matter, the Court finds that counsel and defendant need additional time to discuss some final, additional issues prior to sentencing; that a continuance for sentencing is appropriate in order to allow the defendant to obtain a reasonable

1 | air fare to fly to Sacramento for sentencing; and that the government does not oppose a final
2 | continuance.
3 |     Therefore, the date for sentencing is re-set to April 11, 2013.
4 | **IT IS ORDERED.**
5 | Dated: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE