1  **JAN DAVID KAROWSKY**
Attorney at Law
2  A Professional Corporation
California State Bar Number 53854
3  716 19th Street, Suite 100
Sacramento, CA 95811
4  (916) 447-1134
(916) 448-0265 (Fax)
5
Attorney for Defendant
6  Trent Davis

7              **UNITED STATES DISTRICT COURT**

8        **IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA**

9

10  United States of America,              ) Case No.:  2:08-cr-0070-MCE
                                           )
11              Plaintiff,                 )
                                           )
12      vs.                                ) **APPLICATION AND ORDER FOR**
                                           ) **TRANSPORTATION AND**
13  Trent Davis,                           ) **SUBSISTENCE EXPENSES PURSUANT**
                                           ) **TO 18 U.S.C. § 4285**
14              Defendant                  )
                                           ) **Judge:  Hon. Chief Judge**
15                                         )         **Morrison C. England, Jr.**
                                           )
16  _____

17          Defendant Trent Davis hereby requests an order for transportation and subsistence

18  expenses pursuant to 18 U.S.C. § 4285.

19          18 U.S.C. § 4285.  Persons released pending further judicial proceedings,

20  provides as follows:

21

22          Any judge … of the United States, when ordering a person released under chapter

23          207 [18 USCS §§ 3141 et seq.] on a condition of his subsequent appearance

            before that court, … may, when the interests of justice would be served thereby

24          and the United States judge … is satisfied, after appropriate inquiry, that the

25          defendant is financially unable to provide the necessary transportation to appear

            before the required court on his own, direct the United States marshal to arrange

- 1 -

for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. When so ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses.

During the pendency of this case, Mr. Davis has been out of custody, having been released on an unsecured bond in the amount of $75,000.00 pursuant to 18 USC § 3141, et. seq..

As the Court is aware, the case was continued many times for various necessary reasons, prior to Mr. Davis's current counsel's appointment on November 27, 2013.   Since my appointment, the case was continued initially for counsel to familiarize himself with the case and provide advice to Mr. Davis.  Two additional continuances were requested and granted based on the fact that Mr. Davis did not have enough money to purchase roundtrip airline tickets from his home in Jeanerette, Louisiana to Sacramento.  The last requested continuance was granted based on Mr. Davis' mother's unexpected illness and his need to assist her.  The date now set for sentencing is May 30, 2013.

In anticipation of the prior date for sentencing, on May 16, 2013, Mr. Davis purchased airline tickets for himself and his mother and paid approximately $1,000.00 total.  Mr. Davis bought insurance for the tickets.  When he had to cancel the trip because of his mother's illness, he was notified by the insurance carrier it would take approximately two weeks to receive reimbursement.  He will not receive the refund in time to pay for a new ticket to be present on May 30, 2013.

Mr. Davis has not worked full time since 2010.  He has worked part time as a musician, making a small amount of money every now and then.  He has been living in his mother's home;

she receives social security and a small pension from her deceased husband's prior employment; and his mother has been supporting him.

Counsel for Mr. Davis has checked fares from Baton Rouge, Louisiana, the closet major city to where Mr. Davis lives, roundtrip to Sacramento.  A roundtrip bus ticket is $412.00 to $458.00 depending on when and how the ticket is purchased.  The train fare is between $289.00 to $409.00 but can take between 68 to 84 hours.  Airline tickets run between $700.00 to $900.00.

Neither Trent Davis nor any member of his family has funds to pay for his travel to Sacramento or his subsistence expenses.  Mr. Davis is willing to repay a portion of the funds advanced for him by the U.S. Marshals Service from the refund he receives, which will be less than what he paid for the tickets since the insurance refund is not the full value of the purchased tickets.  The Court is respectfully requested to exercise its discretion pursuant to 18 U.S.C. § 4285 and order the requested and needed transportation and subsistence expenses.

THEREFORE, Trent Davis requests the Court issue an Order to the United States Marshals Service, authorizing and directing it to furnish him with transportation and subsistence expenses for roundtrip travel from Jeanerette, Louisiana to Sacramento, California and back.

Dated:  May 22, 2013                                    Respectfully submitted,

**Jan David Karowsky**
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky
By: Jan David Karowsky
Attorney for Trent Davis

1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811
4  (916) 447-1134
   (916) 448-0265 (Fax)
5
   Attorney for Defendant
6  Trent Davis

7              **UNITED STATES DISTRICT COURT**

8          **IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA**

9

10 United States of America,                )  Case No.:  2:08-cr-0070-MCE
                                            )
11              Plaintiff,                  )  **ORDER FOR TRANSPORTATION AND**
                                            )  **SUBSISTENCE EXPENSES**
12      vs.                                 )
                                            )
13 Trent Davis,                             )
                                            )
14              Defendant                   )  **Judge:  Hon. Chief Judge**
                                            )        **Morrison C. England, Jr.**
15 _____

16 **TO:    UNITED STATES MARSHALS SERVICE, SACRAMENTO, CALIFORNIA**

17         This is to authorize and direct you to furnish the above-named defendant, TRENT

18 DAVIS, with transportation and subsistence expenses for round trip travel from Jeanerette,

19 Louisiana to Sacramento, California and his return trip pursuant to 18 U.S.C. § 4285.

20 ///

21 ///

22 ///

23 ///

24 ///

25

                                    - 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The United States Marshals must also furnish Trent Davis with money for subsistence expenses to and from his destinations, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This Order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

DATED:  May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT