PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Eastern District of California

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Trent Mark Davis                                Case Number: 2:08CR00070-01

Name of Sentencing Judicial Officer: Morrison C. England, Jr.

Date of Original Sentence: 06/12/2013

Original Offense:
Bank Fraud

Original Sentence: 15 Months Imprisonment

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/01/2014

### PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

To add a special condition setting a restitution payment schedule of not less than $150.00 per month, commencing January 1, 2015.

PROB 12B
(7/93)

## CAUSE

To set a rate of payments for restitution, of not less than $150.00 per month. The defendant was ordered to pay restitution in the amount of $114,554.99. A total of $381.93 has been paid thus far. The defendant's current net income is approximately $846.58 per month.

Respectfully submitted,

by *[signature]*

U.S. Probation Officer

Date: 12/15/14

THE COURT ORDERS:

☒ No action.
☐ The extension of supervision as noted above.
☐ The modification of conditions as noted above.
☐ Other

DATED: January 21, 2015

*[signature]*

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

PROB 49
(3/89)

# United States District Court

Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To set a schedule of restitution payments, of not less than $150.00 per month, commencing January 1, 2015.

Witness _____    Signed _____
U.S. Probation Officer                        Probationer or Supervised Releasee

12-15-14
Date